U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 3 1 2013

TONY R. MO~~~~
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| MORRIS EDWARDS | CIVIL ACTION NO. 10-1095-P |
| VERSUS | JUDGE WALTER |
| DETECTIVE RELLIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that Plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). IT IS FURTHER ORDERED that Plaintiff's habeas claims be DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 31st day of May, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE